# Court of Appeals
# of the State of Georgia

ATLANTA, October 19, 2012

*The Court of Appeals hereby passes the following order*

**A13D0071. IN THE INTEREST OF: C. L. W. AND K. D. W., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1200913 1200641 1200914 1200640



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, October 19, 2012.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*